FILED

MAY 30 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-00343-HSG-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR REMAND** |
| Adonis Cail, | |
| Defendant. | |

IT IS SO ORDERED that the defendant, Adonis Cail, is remanded into the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: May 30, 2023

_____
DONNA M. RYU
United States Magistrate Judge