**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
13TH FLOOR FEDERAL BUILDING - SUITE 1350N
1301 CLAY STREET
OAKLAND, CA 94612

**JODI LINKER**
*Federal Public Defender*
**ANGELA HANSEN**
*Assistant Federal Public Defender*

Telephone:  (510) 637-3500
Fax:  (510) 637-3507

August 19, 2024

The Honorable Vince Chhabria
United States District Court
Northern District of California
Phillip Burton United States Courthouse
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

    **RE:**  *United States v. Adonis Cail*, **CR 21-343 VC**

Your Honor:

    Enclosed for the Court's consideration at Adonis Cail's August 21, 2024, sentencing hearing is a letter in support from Mr. Cail's mentor at TRP Academy.

    Respectfully submitted,

    JODI LINKER
    Federal Public Defender
    Northern District of California

    /S Angela M. Hansen

    ANGELA HANSEN
    Assistant Federal Public Defender

cc:  Evan Mateer

August 3rd 2024

Dear Your Honor,

I have known Mr. Cail for about two years now as his mentor inside at TRP Academy and as a member of the recovery of community. I was asked to write this letter of support on behalf of my mentee who is presented before you today. I am honored to do so when asked.

My mentee is highly respected among his peers as well as staff at all our facilities. Since the very first of his arrival, I have watched my mentee demonstrate a willingness to learn and absorb the information presented to him in our group settings. As well as to help others to process their life history vs. lifestyle choices while still maintaining his own challenges to be productive in society.

I am currently working as Head Chef for Positive Directions Equals Change, a non-profit, community-based Organization in San Francisco. My work stems from preparation of meals and menus based around our students' needs to eat healthy and live a sober life. We have over 200 meals being served on a daily basis for breakfast, lunch and dinner. Mr. Cail has helped us prepare those meals for our men and women. I also teach restored justice group that basically revolves around teaching our men and women how to restore thyself from the poor choices they have made. I have watched my mentee go above and beyond with eagerness to change his life. By oftentimes opening up in groups sharing with others his pitfalls in life. And sharing with his peers that pattern phrase (when you learn the lessons life teaches you get the blessings).

I know my mentee is sitting before you today and I know you can see the changed man he has become as you look at him. I only ask that before you render a decision on his fate that you measure his progress he has made with us and our community.

Sincerely,

Rickey Ganter Sr.

*(signature: Rickey Ganter Sr.)*